An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BARTELL DONOVAN, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61665

FILED

SEP 1 9 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court dismissing a post-conviction petition for a writ of habeas corpus.[1] Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

In his petition filed on November 10, 2011, appellant first claimed that he was denied the right to represent himself and the search of his hotel room was illegal. These claims fell outside the scope of claims permissible in a post-conviction petition challenging the validity of a judgment of conviction arising from a guilty plea. *See* NRS 34.810(1)(a).

Next, appellant claimed that he received ineffective assistance of counsel because he was shuffled between several attorneys. Appellant failed to demonstrate that his counsel were deficient or that he was prejudiced. *See Hill v. Lockhart*, 474 U.S. 52, 58-59 (1985); *Kirksey v. State*, 112 Nev. 980, 987-88, 923 P.2d 1102, 1107 (1996).

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27904

Finally, appellant claimed that his counsel failed to inform him of the right to a direct appeal. The written guilty plea agreement informed appellant of the limited right to appeal the conviction. *See Davis v. State*, 115 Nev. 17, 20, 974 P.2d 658, 660 (1999). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Kimberly A. Wanker, District Judge
       Bartell Donovan, Jr.
       Nye County District Attorney
       Attorney General/Carson City
       Nye County Clerk